# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 437TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 10, 2014, the cause upon appeal to revise or reverse your judgment between

Kevin Batts, Appellant(s)

V.

The State of Texas, Appellee(s)

No. 04-14-00286-CR    and    Tr. Ct. No. 2013CR4824

was determined, and therein our Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment and bill of costs are REFORMED to delete Appellant Kevin Batts's requirement to pay attorney's fees, and the trial court's judgment is AFFIRMED AS REFORMED.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 9, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853